FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SACR08-176 |
| v. | |
| Leiske | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of _____ def _____, IT IS ORDERED that a detention hearing
is set for _____ Tuesday , Sept 9 , 2008 _____, at _11:00_ ☒a.m. / ☐p.m. before the
Honorable _____ Robert N Block _____, in Courtroom _6B_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
(Other custodial officer)

Dated: _____ 9/8/08 _____

**ROBERT N. BLOCK**
U.S. District Judge/Magistrate Judge